AO 450 (GAS Rev 09/20) Judgment in a Civil Case

# United States District Court
## *Southern District of Georgia*

ISAAC GLEN AGUIGUI,

JUDGMENT IN A CIVIL CASE

v.

CASE NUMBER: 4:26-cv-00129

UNITED STATES OF AMERICA,

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that, pursuant to the Order of this Court dated August 18, 2026, the Report and Recommendation of the Magistrate Judge is adopted as the opinion of this Court. Plaintiff's Petition for a Writ of Error Coram Nobis is dismissed. This case stands closed.

8/18/2026
*Date*

John E. Triplett, Clerk of Court
*Clerk*

*(By) Deputy Clerk*